IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RODNEY HARRIS<br>LESLIE BLAKEY<br>GARY BRADLEY<br>DAVID CREWS<br>JOSEPH CROFTCHECK<br>ALLEN DADE<br>BARRY DOUGLAS<br>JAMAL EDDINGS<br>KWAME EDDINGS<br>WILLIAM FITZGERALD<br>GREGORY GRAY, SR.<br>EUGENE GROOMS<br>JERMAINE HIGH<br>DARNELL HOWELL<br>TERRANCE LEWIS<br>THOMAS McGHEE<br>WESLEY MIDDLETON<br>KENT RAMSEY<br>NORMAN THORNTON | Criminal No. 16-4 |

MOTION TO UNSEAL INDICTMENT
AND ARREST WARRANTS

AND NOW comes the United States of America, by its attorneys, David J. Hickton, United States Attorney for the Western District of Pennsylvania, and Conor Lamb, Assistant United States Attorney for said District and, pursuant to Rules 6(e)(4) and 6(e)(6) of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order unsealing the Indictment returned in this case and the Arrest Warrants issued pursuant to said Indictment.  In further support of this Motion,

the United States avers as follows:

1. On January 19, 2016, an Indictment was returned by the Grand Jury charging the above-named defendants with violating Title 21, United States Code, Section 846. Arrest Warrants were issued pursuant to said Indictment.

2. On January 19, 2016, this Court issued an Order sealing the aforesaid Indictment and Arrest Warrants, together with the Motion to Seal, until further Order of Court.

3. On January 20, 2016, the defendants were apprehended and taken into custody.

4. Based upon the foregoing, the United States believes and therefore avers that it is in the interest of justice that the Indictment returned in this case and Arrest Warrants issued thereby, now be unsealed.

WHEREFORE, the United States of America respectfully requests that this Court issue an Order unsealing the Indictment returned in this case and the Arrest Warrants issued pursuant to the Indictment.

Respectfully submitted,

DAVID J. HICKTON
United States Attorney

By: *Conor Lamb*
CONOR LAMB
Assistant U.S. Attorney
PA ID No. 304874